HARVEY SISKIND JACOBS LLP
D. PETER HARVEY (State Bar No. 55712)
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111-4115
Telephone:    (415) 354-0100
Facsimile:    (415) 391-7124

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
MARK E. FERGUSON (*pro hac vice*)
MARK L. LEVINE (*pro hac vice*)
ADAM K. MORTARA (*pro hac vice*)
54 W. Hubbard Street, Suite 300
Chicago, IL 60610-4697
Telephone:    (312) 494-4400
Facsimile:    (312) 494-4440

Attorneys for Plaintiff SAFECLICK, LLC

STANLEY YOUNG (Bar. No. 121180)
MICHAEL M. MARKMAN (Bar No. 191388)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone:  (650) 324-7000
Facsimile:  (650) 324-0638
michael.markman@hellerehrman.com

Attorneys for Defendants VISA U.S.A. INC. and
VISA INTERNATIONAL SERVICE ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAFECLICK, LLC, an Iowa limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION., a Delaware corporation, and VISA U.S.A., INC., a Delaware corporation,<br><br>Defendants. | Case No. C03-05865 SBA ADR<br><br>**STIPULATION AND AMENDED ORDER**<br><br>**JUDGE:  Honorable Saundra B. Armstrong** |

**STIPULATION AND [PROPOSED] ORDER**
Case No. C03-05865 SBA

The parties have met and conferred concerning possible revisions to the case management schedule, Visa's anticipated limited motion for summary judgment, and issues relating to the scheduling of remaining fact and expert discovery. Pursuant to such discussions, the parties jointly propose the following modifications to the case management schedule currently in effect (amended dates are noted in bold text):

| Rule | Event | Explanation of Time Interval | Proposed Date |
|---|---|---|---|
| | **Visa to file its limited motion for summary judgment of non-infringement (without waiver of Visa's right to subsequently file further motions for summary judgment)** | | **July 19, 2005** |
| | **Safeclick to file its opposition to Visa's limited motion for summary judgment (without waiver of Safeclick's right to make a submission pursuant to Fed. R. Civ. P. 56(f), which if necessary shall be filed as soon as practicable following service of Visa's motion)** | **Sufficient time to conduct depositions of experts and fact witnesses submitting declarations, if necessary** | **August 9, 2005** |
| | **Visa to file its reply in support of Visa's limited motion for summary judgment** | **Sufficient time to conduct depositions of experts submitting declarations, if necessary** | **August 26, 2005** |
| | **Fact discovery cutoff on all issues** | | **Sept. 1, 2005** |
| | **Hearing on Visa's limited motion for summary judgment** | **Next-available hearing date** | **Sept. 20, 2005** |

1

**STIPULATION AND [PROPOSED] ORDER**
Case No. C03-05865 SBA

| Rule | Event | Explanation of Time Interval | Proposed Date |
|---|---|---|---|
| | **Opening expert reports by parties with burden of proof** | | **Sept. 9, 2005** |
| | **Rebuttal expert reports** | 30 days after opening expert reports | **Oct. 8, 2005** |
| | **Close of expert discovery** | 30 days after rebuttal expert reports | **Nov. 7, 2005** |
| | **Last day to file dispositive motions** | 35 days before last day to hear dispositive motions | **Nov. 8, 2005** |
| Standing order | Parties meet and confer re pretrial conference | 41 days before pretrial conference | Nov. 29, 2005 |
| | **Opposition briefs to dispositive motions filed on deadline** | 21 days before last day to hear dispositive motions | **Nov. 22, 2005** |
| Standing order | Parties file joint pretrial statement | 35 days before pretrial conference | Dec. 5, 2005 |
| | **Reply briefs re dispositive motions filed on deadline** | 14 days before last day to hear dispositive motions | **Nov. 29, 2005** |
| Standing order | Parties file motions *in limine* and objections to evidence | 28 days before pretrial conference | Dec. 12, 2005 |
| Standing order | Parties file responses to motions *in limine* and objections to evidence | 21 days before pretrial conference | Dec. 19, 2005 |
| **March 15, 2005 Order of Magistrate Judge Chen** | **Final mandatory settlement conference (to be set by Magistrate Judge)** | | **Pursuant to Magistrate Judge Chen's order, settlement conference to be held on August 5, 2005.  Further conferences may be schedule as appropriate.** |

2

| Rule | Event | Explanation of Time Interval | Proposed Date |
|---|---|---|---|
|  | **Last day to hear dispositive motions** |  | **Dec. 13, 2005** |
| Prior order | Pretrial conference |  | Jan. 10, 2006 |
| Prior order | Trial (7-8 trial days)[1] |  | Jan. 23, 2006 |

The parties do not propose any other modifications to the existing Case Management Order.

Dated:  June 24, 2005          /s/ Michael M. Markman
                                Attorney for Plaintiff

Dated:  June 24, 2005          /s/ Adam K. Mortara
                                Attorney for Defendants

### CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

Dated:     July 22, 2005             /s/ Saundra Brown Armstrong
                                SAUNDRA BROWN ARMSTRONG
                                UNITED STATES DISTRICT JUDGE

---

[1] Visa proposes that the question of damages be tried separately from the other issues, only following a verdict of infringement of a valid patent claim. Safeclick opposes this proposal. The parties have agreed to leave the issue open for the purpose of this [proposed] case management order, subject to later motion and/or briefing on the issue.

3