STANLEY YOUNG (Bar. No. 121180)
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
MICHAEL M. MARKMAN (Bar No. 191388)
AARON S. JACOBS (Bar No. 214953)
NISHITA A. DOSHI (Bar No. 235129)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone:  (650) 324-7000
Facsimile:  (650) 324-0638
nishi.doshi@hellerehrman.com

JOHNNY A. KUMAR (*Pro Hac Vice*)
ROBERT M. HANSEN (*Pro Hac Vice*)
HELLER EHRMAN LLP
1717 Rhode Island Avenue, N.W.
Washington, DC  20036
Telephone:  (202) 912-2000
Facsimile:  (202) 912-2020

Attorneys for Defendants
VISA U.S.A. INC. and
VISA INTERNATIONAL SERVICE ASSOCIATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SAFECLICK, LLC, an Iowa limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VISA U.S.A. INC., a Delaware corporation, and VISA INTERNATIONAL SERVICE ASSOCIATION, a Delaware Corporation,<br><br>Defendants. | Case No.: C03-05865 JF<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL AND ORDER GRANTING DEFENDANTS' REQUEST PURSUANT TO CIVIL L.R. 79-5(B)**<br><br>Judge: Hon. Saundra B. Armstrong<br>Dept.: Courtroom 3, 3rd Floor<br>Date:  Sept. 13, 2005<br>Time: 1:00 p.m. |

Pursuant to Civil Local Rule 79-5(b), Defendants Visa International Service Association and Visa U.S.A. Inc. (collectively "Visa") hereby request to file certain documents under seal:

- Pages 6, 7, 11, 12, 13, 15, 17, 18, 19, 20, 21, 22, 23 and 24 of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Notice of Motion and Motion for Summary Judgment of Non-Infringement; Memorandum of Points and Authorities in Support Thereof ("Visa's Brief.");

- Exhibit 5 to the Declaration of Michael M. Markman in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement ("Markman Decl.");

- Exhibit 8 to the Declaration of Michael M. Markman in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement;

- Paragraphs 10, 12, 23, 24, 35, 37, 38, 57, 58, 60, 62, 63, 64, 66, 73, 74, 75, 76, 77, 78, 80, 81, 82, 83 to the Declaration of Michael I. Shamos in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement ("Shamos Decl.");

- Exhibit 4 to the Declaration of Michael I. Shamos in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement;

- Pages 2-10 to the Declaration of Kevin D. Weller in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement ("Weller Decl.");

1

- Exhibit 1 to the Declaration of Kevin D. Weller in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement;

- Exhibit 2 to the Declaration of Kevin D. Weller in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement;

- Exhibit 3 to the Declaration of Kevin D. Weller in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement;

- Exhibit 5 to the Declaration of Kevin D. Weller in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement.

Visa's Brief cites confidential, technical information and deposition transcript excerpts from the Declarations of Messrs. Markman, Shamos and Weller.

Markman Decl., Exhibit 5 contains confidential excerpts from the Carl S. Wagener Deposition, co-inventor of U.S. Patent No. 5,793,028 and the patent-in-suit ,of April 20, 2005. Plaintiff Safeclick LLC ("Safeclick") designated the entire transcript confidential on May 3, 2005.

Markman Decl., Exhibit 8 contains confidential, technical information from the Kevin D. Weller Deposition, a Visa U.S.A. Senior Vice President, of May 9,2005.  Visa's counsel designated this deposition as Confidential at his deposition.

The Shamos Declaration contains confidential, technical Visa information.

Shamos Decl., Exhibit 4 is a CD-ROM containing confidential, personal credit card and identification information of Robert M. Hansen, counsel for Visa.  Dr. Shamos used Mr. Hansen's credit card and personal home information in a experiment on simultaneous purchases on the Internet at Verified by Visa merchant web sites.

2

1   The Weller Declaration contains confidential, attorneys' eyes only technical Visa

2   information.

3   Weller Decl., Exhibits 1, 2, 3 and 5 contain confidential, technical information regarding

4   Visa's 3-D Secure protocol for its Verified by Visa computer program with its merchant banks.

5   These documents are properly filed under seal because Visa and Safeclick have designated

6   them as "Confidential Information," pursuant to Paragraphs 1, 5 and 6 of the Stipulated Protective

7   Order entered in this case by Magistrate Judge Joseph C. Spero on October 4, 2004.

8   Visa submitted public versions of Visa's Brief, Markman Decl., Exhibit 5; Markman Decl.,

9   Exhibit 8; the Shamos Declaration; Shamos Decl., Exhibit 4; the Weller Declaration; Weller Decl.,

10   Exhibits 1, 2 ,3 and 5, as well as a confidential versions of the Visa Brief; Markman Decl., Exhibit

11   5; Markman Decl., Exhibit 8; the Shamos Declaration; Shamos Decl., Exhibit 4; the Weller

12   Declaration; Weller Decl., Exhibits 1, 2, 3 and 5 under seal.

13   Furthermore, the Court finds that the "public versions" of Visa's Brief; Markman Decl.,

14   Exhibit 5; Markman Decl., Exhibit 8; the Shamos Declaration; Shamos Decl., Exhibit 4; the Weller

15   Declaration; Weller Decl., Exhibits 1, 2, 3 and 5 properly exclude only that information which is

16   confidential and protected from disclosure by the Stipulated Protective Order.  Accordingly, the

17   Court finds that good cause exists to file:

18
19   • Pages 6, 7, 11, 12, 13, 15, 17, 18, 19, 20, 21, 22, 23 and 24 of Defendants Visa International

20      Service Association and Visa U.S.A. Inc.'s Notice of Motion and Motion for Summary

21      Judgment of Non-Infringement; Memorandum of Points and Authorities in Support Thereof

22      ("Visa's Brief.");

23   • Exhibit 5 to the Declaration of Michael M. Markman in Support of Defendants Visa

24      International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of

25      Non-Infringement;

26
27
28

VISA'S ADMIN. REQUEST & [PROPOSED] ORDER TO FILE UNDER SEAL
CASE NO. C03-05865 SBA

- Exhibit 8 to the Declaration of Michael M. Markman in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement;

- Paragraphs 10, 12, 23, 24, 35, 37, 38, 57, 58, 60, 62, 63, 64, 66, 73, 74, 75, 76, 77, 78, 80, 81, 82, 83 to the Declaration of Michael I. Shamos in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement;

- Exhibit 4 to the Declaration of Michael I. Shamos in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement;

- Pages 2-10 to the Declaration of Kevin D. Weller in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement

- Exhibit 1 to the Declaration of Kevin D. Weller in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement;

- Exhibit 2 to the Declaration of Kevin D. Weller in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement;

- Exhibit 3 to the Declaration of Kevin D. Weller in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement;

4

- Exhibit 5 to the Declaration of Kevin D. Weller in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement

IT IS HEREBY ORDERED that the above-listed documents shall be filed under seal.

Dated: July __26__, 2005



/s/ Saundra Brown Armstrong
_____
The Honorable Saundra B. Armstrong
United States District Judge
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5

VISA'S ADMIN. REQUEST & [PROPOSED] ORDER TO FILE UNDER SEAL
CASE NO. C03-05865 SBA