1  HARVEY SISKIND JACOBS LLP
   D. PETER HARVEY (Bar No. 55712)
2  Four Embarcadero Center, 39th Floor
   San Francisco, California 94111
3  Telephone:    (415) 354-0100
4  Facsimile:    (415) 391-7124

5  BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
   MARK E. FERGUSON (*pro hac vice*)
6  ADAM K. MORTARA (*pro hac vice*)
7  54 W. Hubbard Street, Suite 300
   Chicago, Illinois 60610
8  Telephone:    (312) 494-4400
   Facsimile:    (312) 494-4440
9  Attorneys for Plaintiff SAFECLICK, LLC

10  STANLEY YOUNG (Bar. No. 121180)
    AARON S. JACOBS (Bar No. 214953)
11  HELLER EHRMAN LLP
12  275 Middlefield Rd.
    Menlo Park, CA 94025-3506
13  Telephone: (650) 324-7000
    Facsimile: (650) 324-0638
14  Attorneys for Defendants VISA USA INC. and
15  VISA INTERNATIONAL SERVICE ASSOCIATION

16

17                    **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

19                              **OAKLAND DIVISION**

20

| | |
|---|---|
| SAFECLICK, LLC, an Iowa limited liability company | Case No. C03-5865 SBA (EMC) |
| Plaintiff, | **STIPULATION & [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR SETTLEMENT CONFERENCE HEARING** |
| v. | |
| VISA U.S.A. INC., a Delaware corporation, and VISA INTERNATIONAL SERVICE ASSOCIATION, a Delaware corporation | |
| | Dept.: Courtroom C, 15th Floor, S.F. |
| | Judge: Hon. Edward M. Chen |
| Defendants. | Date.: August 5, 2005 |
| | Time: 9:30 a.m. |

Plaintiff and Defendants hereby request and stipulate that the following display and demonstration equipment be permitted to be used by Plaintiff and Defendants, and request that the Court issue an Order permitting the same to be delivered to and installed in Courtroom C, 15th floor, beginning on **August 5, 2005**:

- One Overhead/LCD Projector;
- One Easel;
- Flip charts and demonstrative boards;
- Connecting cables, power strips, etc.;
- Up to four (4) laptop computers; and
- Miscellaneous office supplies.

Respectfully submitted,

DATED: August 3, 2005         HELLER EHRMAN LLP

By ____/s/  Stanley Young_____
STANLEY YOUNG

Attorneys for Defendants
VISA U.S.A. INC. and
VISA INTERNATIONAL SERVICE ASSOCIATION

///
///
///
///
///
///
///

1

DEFENDANTS' [PROPOSED] ORDER RE EQUIPMENT FOR
SETTLEMENT CONFERENCE HEARING
CASE NO. C03-05865 SBA

DATED: August 3, 2005
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP


By    /s/ Adam K. Mortara
    ADAM K. MORTARA

Attorneys for Plaintiff
SAFECLICK, LLC

IT IS SO ORDERED.

DATED: August 3, 2005

_____
The Honorable
United States
Northern District of California

*IT IS SO ORDERED — Judge Edward M. Chen (stamp/signature)*