| | |
|---|---|
| 1 | HARVEY SISKIND JACOBS LLP |
|   | D. PETER HARVEY (State Bar No. 55712) |
| 2 | IAN K. BOYD (State Bar No. 191434) |
|   | RANJITSINH MAHIDA (State Bar No. 206741) |
| 3 | Four Embarcadero Center, 39th Floor |
|   | San Francisco, California 94111 |
| 4 | Telephone:   415.354.0100 |
|   | Facsimile:    415.391.7124 |
| 5 | |
|   | BARTLIT BECK HERMAN PALENCHAR & SCOTT |
| 6 | MARK E. FERGUSON (*pro hac vice*) |
|   | MARK L. LEVINE (*pro hac vice*) |
| 7 | ADAM K. MORTARA (*pro hac vice*) |
|   | 54 W. Hubbard Street, Suite 300 |
| 8 | Chicago, Illinois 60610 |
|   | Telephone:  312.494.4400 |
| 9 | Fax:             312.494.4440 |
| 10 | Attorneys for Plaintiff and Counterclaim Defendant, |
|    | Safeclick, LLC |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAFECLICK, LLC, an Iowa limited liability company, | Case No. C03-05865 SBA (JCS) |
| Plaintiff / Counterclaim Defendant, | **PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL AND ORDER GRANTING PLAINTIFF'S REQUEST PURSUANT TO CIVIL L.R. 79-5(B)** |
| vs. | |
| VISA INTERNATIONAL SERVICE ASSOCIATION, a Delaware corporation, and VISA USA, INC., a Delaware corporation, | Date:  September 20, 2005<br>Time:  1:00 p.m.<br>Dept:   Courtroom 3, 3rd Floor |
| Defendants / Counterclaim Plaintiffs | |

Pursuant to Civil Local Rule 79-5(B), Plaintiff and Counterclaim Defendant Safeclick, LLC ("Safeclick") hereby requests *ex parte* an order to file under seal the following documents:

- Pages 5:14-22; 8:7-16,23-25; 10:6-16,18-21,25-27-11:19; 12:4-7,11-26; 13:12-14,17-25; 14:1-3,13-19; 15:4-7; 16:13-17:4; 17:8-12,18,22-24; 18:8-20:6; 20:9-13,20-21,26-28; 21:6-18,26-28; 22:2-21,25; and 23:7-10,18,26-28 of Safeclick's Memorandum in Opposition to Defendants' Motion for Summary Judgment, lodged concurrently herewith;

1 • Page 2:9-18; Exhibits 4-6; 8-9; and 11 to the Declaration of Adam Mortara in Opposition to Defendants' Motion for Summary Judgment, lodged concurrently herewith; and

• Pages 1:23-24; 2:22-23; 3:1-4:8; 4:15-18; 6:8-20,25-27; 7:9-26; 8:2-3; 9:18-21; 10:3-12:2; 12:6-15:9; and 15:13-17:20 to the Declaration of Gene Tsudik in Opposition to Defendants' Motion for Summary Judgment, lodged concurrently herewith.

The above documents contain confidential and proprietary information concerning Safeclick's business products and operations. Good cause exists to file these documents under seal because Safeclick is likely to suffer economic and competitive harm if the information contained therein is disclosed to the public.

The above documents are properly filed under seal because Safeclick has designated them as "Confidential Information" pursuant to Paragraphs 1, 5, and 6 of the Stipulated Protective Order entered in this case by Magistrate Judge Joseph C. Spero on October 4, 2004.

Safeclick has filed redacted versions of the above-listed documents which exclude only that information which is confidential and protected from disclosure by the Stipulated Protective Order.

The Court, having considered the papers, and having reviewed the subject documents, finds that good cause is present, and it is accordingly ORDERED that the above-listed documents shall be filed under seal.

Dated: __August 22__, 2005

_____
The Honorable Saundra B. Armstrong
United States District Court

IT IS SO ORDERED
Judge Saundra B. Armstrong
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA