HARVEY SISKIND JACOBS LLP
D. PETER HARVEY (State Bar No. 55712)
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111-4115
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
MARK E. FERGUSON (*pro hac vice*)
MARK L. LEVINE (*pro hac vice*)
54 W. Hubbard Street, Suite 300
Chicago, IL 60610-4697
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

Attorneys for Plaintiff SAFECLICK, LLC

STANLEY YOUNG (Bar. No. 121180)
MICHAEL M. MARKMAN (Bar No. 191388)
HELLER EHRMAN WHITE & MCAULIFFE LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
syoung@hellerehrman.com
Attorneys for Defendants VISA U.S.A. INC. and
VISA INTERNATIONAL SERVICE ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAFECLICK, LLC, an Iowa limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION., a Delaware corporation, and VISA U.S.A., INC., a Delaware corporation,<br><br>Defendants. | Case No. C03-05865 SBA ADR<br><br>**STIPULATION AND ORDER**<br><br>**JUDGE: Honorable Saundra B. Armstrong** |

The parties have met and conferred concerning possible revisions to the case management schedule. Due to circumstances beyond the control of the parties, it is necessary to conduct some of the noticed depositions after the current discovery deadline. This, in turn, requires a short extension of the expert report deadlines. It will not affect any other scheduled dates. Thus, pursuant to their discussions, and in order to avoid the need for motions practice, the parties jointly propose the following modifications to the case management schedule currently in effect, with changes noted in **bold**:

| Rule | Event | Explanation of Time Interval | Proposed Date |
|---|---|---|---|
| | Fact discovery cutoff, **save for depositions agreed to by the parties,**[1] on all issues | **Sufficient time to conduct depositions** | Sept. 1, 2005 |
| | Hearing on Visa's limited motion for summary judgment | | Sept. 20, 2005 |
| | **Opening expert reports by parties with burden of proof** | | **Sept. 19, 2005** |
| | **Deposition discovery cutoff for depositions agreed to by the parties, on all issues** | **Sufficient time to conduct depositions** | **Oct. 7, 2005** |
| | **Rebuttal expert report re non-infringement and invalidity** | **23 days after opening expert reports** | **Oct. 12, 2005** |
| | **Rebuttal expert report re damages** | **30 days after opening expert reports** | **October 19, 2005** |

[1] The parties have agreed to hold the following depositions after the fact-discovery cutoff: Messrs. Yakel, McCarthy, Lewis, Codding, Brockhaus, Rikard and Makeig; in addition to a deposition of Visa U.S.A. and Visa International pursuant to Federal Rule of Civil Procedure 30(b)(6) under notices previously served.

| **Rule** | **Event** | **Explanation of Time Interval** | **Proposed Date** |
|---|---|---|---|
| | Last day to file dispositive motions | 35 days before last day to hear dispositive motions | Nov. 8, 2005 |
| | **Close of expert discovery** | **30 days after rebuttal expert reports** | **Nov. 11, 2005** |
| | Opposition briefs to dispositive motions filed on deadline | 21 days before last day to hear dispositive motions | Nov. 22, 2005 |
| Standing order | Parties meet and confer re pretrial conference | 41 days before pretrial conference | Nov. 29, 2005 |
| | Reply briefs re dispositive motions filed on deadline | 14 days before last day to hear dispositive motions | Nov. 29, 2005 |
| Standing order | Parties file joint pretrial statement | 35 days before pretrial conference | Dec. 5, 2005 |
| Standing order | Parties file motions *in limine* and objections to evidence | 28 days before pretrial conference | Dec. 12, 2005 |
| | Last day to hear dispositive motions | | Dec. 13, 2005 |
| Standing order | Parties file responses to motions *in limine* and objections to evidence | 21 days before pretrial conference | Dec. 19, 2005 |
| March 15, 2005 Order of Magistrate Judge Chen | Final mandatory settlement conference (to be set by Magistrate Judge) | | Pursuant to Magistrate Judge Chen's order, Settlement conference held on August 5, 2005. Further conferences may be scheduled as appropriate. |

| Rule | Event | Explanation of Time Interval | Proposed Date |
|---|---|---|---|
| Prior order | Pretrial conference | | Jan. 10, 2006 |
| Prior order | Trial (7-8 trial days)[2] | | Jan 23, 2006 |

The parties do not propose any other modifications to the existing Case Management Order.

Dated: August 29, 2005 /s/ Mark L. Levine
Attorney for Plaintiff

Dated: August 29, 2005 /s/ Michael M. Markman
Attorney for Defendants

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

Dated: September 2, 2005

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE




[2] Visa proposes that the question of damages be tried separately from the other issues, only following a verdict of infringement of a valid patent claim. Safeclick opposes this proposal. The parties have agreed to leave the issue open for the purposes of this [proposed] case management order, subject to later motion and/or briefing on the issue.