ROBERT T. HASLAM (Bar No. 71134)
STANLEY YOUNG (Bar. No. 121180)
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
MICHAEL M. MARKMAN (Bar No. 191388)
AARON S. JACOBS (Bar No. 214953)
NISHITA A. DOSHI (Bar No. 235129)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone:  (650) 324-7000
Facsimile:  (650) 324-0638
nishi.doshi@hellerehrman.com

JOHNNY A. KUMAR (*Pro Hac Vice*)
ROBERT M. HANSEN (*Pro Hac Vice*)
HELLER EHRMAN LLP
1717 Rhode Island Avenue, N.W.
Washington, DC  20036
Telephone:  (202) 912-2000
Facsimile:  (202) 912-2020

Attorneys for Defendants
VISA U.S.A. INC. and
VISA INTERNATIONAL SERVICE ASSOCIATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SAFECLICK, LLC, an Iowa limited liability company,<br><br>                                    Plaintiff,<br><br>     v.<br><br>VISA U.S.A. INC., a Delaware corporation, and VISA INTERNATIONAL SERVICE ASSOCIATION, a Delaware Corporation,<br><br>                                    Defendants. | Case No.: C03-05865 SBA<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL AND ORDER GRANTING DEFENDANTS' REQUEST PURSUANT TO CIVIL L.R. 79-5(B)**<br><br>Judge: Hon. Saundra B. Armstrong<br>Dept.: Courtroom 3, 3rd Floor<br>Date:  Sept. 20, 2005<br>Time: 1:00 p.m. |

Pursuant to Civil Local Rule 79-5(b), Defendants Visa International Service Association and Visa U.S.A. Inc. (collectively "Visa") hereby request to file certain documents under seal:

- Pages 6, 7, 9, 10, 11, 12, and 24 of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Reply for Summary Judgment of Non-Infringement; ("Visa's Reply Brief.");

- Exhibit A to the Reply Declaration of Michael M. Markman in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement ("Reply Markman Decl.");

- Exhibit G to the Declaration of Michael M. Markman in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement;

- Exhibit H to the Declaration of Michael M. Markman in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement;

- Exhibit I to the Declaration of Michael M. Markman in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement.

Visa's Reply Brief cites confidential, technical information and deposition transcript excerpts from the Declaration of Mr. Markman, Esq.

Reply Markman Decl., Exhibit A contains confidential excerpts from the Dr. Gene Tsudik Deposition, Plaintiff Safeclick LLC ("Safeclick") technical expert, of August 16, 2005.  Pursuant to Paragraph 6 of the Stipulated Protective Order of October 4, 2004, this deposition is considered confidential for thirty (30) days.

Reply Markman Decl., Exhibit G contains confidential, technical information from the Carl S. Wagener Deposition, co-inventor of U.S. Patent No. 5,793,028 and the patent-in-suit ,of August

1

1  24, 2005.  Pursuant to Paragraph 6 of the Stipulated Protective Order of October 4, 2004, this

2  deposition is considered confidential for thirty (30) days.

3      Reply Markman Decl., Exhibit H contains confidential, technical information from the

4  James Reno Deposition, from third party 30(b)(6) designee Arcot ,of August 19, 2005.  These

5  excerpts contain confidential, technical third party information and Visa confidential, technical

6  information regarding Verified by Visa.  Pursuant to Paragraph 6 of the Stipulated Protective Order

7  of October 4, 2004, this deposition is considered confidential for thirty (30) days.

8      Reply Markman Decl., Exhibit I contains confidential excerpts from the Dr. Michael I.

9  Shamos Deposition, Visa's technical expert, of July 25, 2005.  These excerpts contain confidential

10  and technical Visa information regarding Verified by Visa.  Pursuant to Paragraph 6 of the

11  Stipulated Protective Order of October 4, 2004, this deposition is considered confidential for thirty

12  (30) days.

13      These documents are properly filed under seal because Visa and Safeclick have designated

14  them as "Confidential Information," pursuant to Paragraphs 1, 5 and 6 of the Stipulated Protective

15  Order entered in this case by Magistrate Judge Joseph C. Spero on October 4, 2004.

16      Visa submitted "public versions" of Visa's Reply Brief, Reply Markman Decl., Exhibit A;

17  Reply Markman Decl., Exhibit G; Reply Markman Decl., Exhibit H; Reply Markman Decl., Exhibit

18  I; as well as a confidential versions of the Visa's Reply Brief, Reply Markman Decl., Exhibit A;

19  Reply Markman Decl., Exhibit G; Reply Markman Decl., Exhibit H; and Reply Markman Decl.,

20  Exhibit I under seal.

21      Furthermore, the Court finds that the "public versions" of Visa's Reply Brief, Reply

22  Markman Decl., Exhibit A; Reply Markman Decl., Exhibit G; Reply Markman Decl., Exhibit H;

23  Reply Markman Decl., Exhibit I properly exclude only that information which is confidential and

24  protected from disclosure by the Stipulated Protective Order.  Accordingly, the Court finds that

25  good cause exists to file:

26

27

28

2

- Pages 6, 7, 9, 10, 11, 12, and 24 of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Reply for Summary Judgment of Non-Infringement; ("Visa's Reply Brief.");

- Exhibit A to the Reply Declaration of Michael M. Markman in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement ("Reply Markman Decl.");

- Exhibit G to the Declaration of Michael M. Markman in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement;

- Exhibit H to the Declaration of Michael M. Markman in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement;

- Exhibit I to the Declaration of Michael M. Markman in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement.

IT IS HEREBY ORDERED that the above-listed documents shall be filed under seal.

Dated: September 2, 2005



IT IS SO ORDERED
Judge Saundra B. Armstrong

The Honorable Saundra B. Armstrong
United States District Judge
For the Northern District of California

3