HARVEY SISKIND JACOBS LLP
D. PETER HARVEY (Bar No. 55712)
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111-4115
Telephone:   (415) 354-0100
Facsimile:   (415) 391-7124

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
MARK E. FERGUSON (*pro hac vice*)
MARK L. LEVINE (*pro hac vice*)
54 W. Hubbard Street, Suite 300
Chicago, IL 60610-4697
Telephone:   (312) 494-4400
Facsimile:   (312) 494-4440

Attorneys for Plaintiff SAFECLICK, LLC

STANLEY YOUNG (Bar. No. 121180)
MICHAEL M. MARKMAN (Bar No. 191388)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
michael.markman@hellerehrman.com
Attorneys for Defendants VISA U.S.A. INC. and
VISA INTERNATIONAL SERVICE ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAFECLICK, LLC, an Iowa limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION., a Delaware corporation, and VISA U.S.A. INC., a Delaware corporation,<br>Defendants. | Case No. C03-05865 SBA ADR<br><br>**STIPULATION AND ORDER RE-NOTICING HEARING DATE ON VISA'S LIMITED MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**<br><br>Date:  December 13, 2005<br>Judge: Hon. Saundra B. Armstrong<br>Dept.: Courtroom 3, 3rd Floor |

**STIPULATION AND [PROPOSED] ORDER**
Case No. C03-05865 SBA

The parties have met and conferred in good faith regarding whether recent discovery makes it necessary to revise the case management schedule.  On September 13, 2005, the parties submitted a joint motion to amend case management order and proposed amended case management order.  The Court's clerk asked the parties to modify certain dates in the proposed amended case management order and asked the parties to submit a revised joint motion.  The parties are presently conferring regarding possible dates and anticipate that they will submit an agreed-upon revised joint motion later this week.  The parties nevertheless wish to re-confirm and stipulate that the hearing date of September 20, 2005 on the limited motion for summary judgment of non-infringement brought by defendants Visa U.S.A., Inc. and Visa International Service Association (collectively "Visa") is vacated.  Visa re-notices its limited motion for summary judgment to December 13, 2005.

Dated:  September 19, 2005     /s/     Adam K. Mortara
                                       Attorney for Plaintiff


Dated:  September 19, 2005     /s/     Michael M. Markman
                                       Attorney for Defendants


IT IS SO ORDERED.


Dated: October __3__, 2005                 _____
                                           SAUNDRA BROWN ARMSTRONG
                                           UNITED STATES DISTRICT JUDGE

1

**STIPULATION AND [PROPOSED] ORDER**
Case No. C03-05865 SBA