HARVEY SISKIND JACOBS LLP
D. PETER HARVEY (State Bar No. 55712)
IAN K. BOYD (State Bar No. 191434)
RANJITSINH MAHIDA (State Bar No. 206741)
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:   415.354.0100
Facsimile:   415.391.7124

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
MARK E. FERGUSON (*pro hac vice*)
MARK L. LEVINE (*pro hac vice*)
ADAM K. MORTARA (*pro hac vice*)
54 W. Hubbard Street, Suite 300
Chicago, Illinois 60610
Telephone:   312.494.4400
Facsimile:   312.494.4440

Attorneys for Plaintiff and Counterclaim Defendant,
Safeclick, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SAFECLICK, LLC, an Iowa limited liability company, <br><br> Plaintiff / Counterclaim Defendant, <br><br> vs. <br><br> VISA INTERNATIONAL SERVICE ASSOCIATION, a Delaware corporation, and VISA USA, INC., a Delaware corporation, <br><br> Defendants / Counterclaim Plaintiffs | Case No. C03-05865 SBA <br><br> **JOINT MOTION AND ORDER RE SUPPLEMENTAL SUMMARY JUDGMENT BRIEFING** |

JOINT MOTION AND [PROPOSED] ORDER                                    CASE NO. C03-05865 SBA
RE SUPPLEMENTAL SUMMARY JUDGMENT BRIEFING

1   Plaintiff Safeclick, LLC ("Safeclick") and Defendants Visa International Service Association
2   and Visa USA, Inc. (collectively, "Visa") hereby file this Joint Motion Re Supplemental Summary
3   Judgment Briefing.
4   WHEREAS, Visa filed its motion for summary judgment of noninfringement on July 19,
5   2005, before discovery was completed;
6   WHEREAS, between the filing of Visa's summary judgment motion and the close of
7   discovery, Visa produced a large number of responsive documents (*see* Joint Motion to Amend Case
8   Management Order and Amended Case Management Order, dated October 13, 2005, attached as
9   Exhibit A hereto);
10  WHEREAS, on August 19, 2005, Safeclick deposed James Reno, who testified as the
11  corporate representative of Arcot Systems, Inc., which Safeclick alleges was a co-developer with
12  Visa of the 3-D Secure Protocol used in Verified by Visa;
13  WHEREAS, on October 24, 2005, Safeclick deposed Tony Lewis, a former Visa International
14  employee who worked on the development of the 3-D Secure protocol specification;
15  WHEREAS, Safeclick contends that Visa's reply brief raised new arguments that were not
16  presented in Visa's opening brief; and
17  WHEREAS, in light of the new discovery and to address these other issues, the parties wish
18  to file short supplemental briefs on Visa's pending summary judgment motion, set for hearing on
19  December 13, 2005;
20  IT IS STIPULATED among the parties to this action, by and through their counsel, that:
21  (1) Safeclick may file and serve a supplemental summary judgment opposition brief, not to
22  exceed 10 pages, and supporting evidence, copies of which accompany this joint motion; and
23  (2) Visa may file and serve a supplemental brief, not to exceed 10 pages, and supporting

evidence, on or before November 22, 2005.

November 8, 2005

Respectfully submitted,

BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP

and

HARVEY SISKIND JACOBS LLP

By: _____
     Adam K. Mortara

Attorneys for Plaintiff/
Counterclaim Defendant
SAFECLICK, LLC

HELLER EHRMAN LLP

By: _____/s/_____
     Christine Saunders Haskett

Attorneys for Defendants Visa U.S.A. Inc. and
Visa International Service Association

IT IS SO ORDERED.

Dated: 11/14/05

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

---

JOINT MOTION AND [PROPOSED] ORDER
RE SUPPLEMENTAL SUMMARY JUDGMENT BRIEFING

2

CASE NO. C03-05865 SBA