HARVEY SISKIND JACOBS LLP
D. PETER HARVEY (State Bar No. 55712)
IAN K. BOYD (State Bar No. 191434)
RANJITSINH MAHIDA (State Bar No. 206741)
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:  415.354.0100
Facsimile:  415.391.7124

BARTLIT BECK HERMAN PALENCHAR & SCOTT
MARK E. FERGUSON (*pro hac vice*)
MARK L. LEVINE (*pro hac vice*)
ADAM K. MORTARA (*pro hac vice*)
54 W. Hubbard Street, Suite 300
Chicago, Illinois 60610
Telephone:  312.494.4400
Facsimile:  312.494.4440

Attorneys for Plaintiff and Counterclaim Defendant,
Safeclick, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAFECLICK, LLC, an Iowa limited liability company,<br><br>Plaintiff /<br>Counterclaim Defendant,<br><br>vs.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION, a Delaware corporation, and VISA USA, INC., a Delaware corporation,<br><br>Defendants /<br>Counterclaim Plaintiffs | Case No. C03-05865 SBA (JCS)<br><br>**PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL AND ORDER GRANTING PLAINTIFF'S REQUEST PURSUANT TO CIVIL L.R. 79-5(B)**<br><br>Date:  December 13, 2005<br>Time:  1:00 p.m.<br>Dept:  Courtroom 3, 3rd Floor |

Pursuant to Civil Local Rule 79-5(B), Plaintiff and Counterclaim Defendant Safeclick, LLC ("Safeclick") hereby requests *ex parte* an order to file under seal the following documents:

• Pages 1:7-13; 1:27-2:4; 2:15-16; 2:24-3:13; 3:15-20; 4:1-25; 4:27-28; 5:23-28; 6:2-22; 7:4-7; 7:10-14; 7:18-19; 7:25-28; 8:3-10; 8:13-15; 10:9-16 of Safeclick's Supplemental Opposition Brief and Surreply in Opposition to Visa's Motion for Summary Judgment, lodged concurrently herewith; and

• Exhibits 1-2, 4-8, and 10-12 to the Supplemental Declaration of Adam Mortara in

Support of Safeclick's Supplemental Opposition Brief and Surreply in Opposition to Defendants' Motion for Summary Judgment, lodged concurrently herewith.

The above documents are properly filed under seal because Defendants have designated them as "Confidential Information" pursuant to Paragraphs 1, 5, and 6 of the Stipulated Protective Order entered in this case by Magistrate Judge Joseph C. Spero on October 4, 2004.

Safeclick has filed redacted versions of the above-listed documents which exclude only that information which is confidential and protected from disclosure by the Stipulated Protective Order.

The Court, having considered the papers, and having reviewed the subject documents, finds that good cause is present, and it is accordingly ORDERED that the above-listed documents shall be filed under seal.

Dated: __November 15, 2005

_____
The Honorable Saundra B. Armstrong
United States District Court