IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAFECLICK, LLC,

        Plaintiff,

v.

VISA U.S.A. INC., et al.,

        Defendants.

No. C 03-5865 SBA

**JUDGMENT**

In accordance with the Court's Order granting Defendants' Motion for Summary Judgment on Non-Infringement,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants and against Plaintiff on Defendants' non-infringement counterclaim. All matters calendared in this action are VACATED. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: 12/14/05

SAUNDRA BROWN ARMSTRONG
United States District Judge