ROBERT T. HASLAM (Bar No. 71134)
STANLEY YOUNG (Bar. No. 121180)
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
MICHAEL M. MARKMAN (Bar No. 191388)
AARON S. JACOBS (Bar No. 214953)
NISHITA A. DOSHI (Bar No. 235129)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone:  (650) 324-7000
Facsimile:  (650) 324-0638
nishi.doshi@hellerehrman.com

JOHNNY A. KUMAR (*Pro Hac Vice*)
ROBERT M. HANSEN (*Pro Hac Vice*)
HELLER EHRMAN LLP
1717 Rhode Island Avenue, N.W.
Washington, DC  20036
Telephone:  (202) 912-2000
Facsimile:  (202) 912-2020

Attorneys for Defendants
VISA U.S.A. INC. and
VISA INTERNATIONAL SERVICE ASSOCIATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SAFECLICK, LLC, an Iowa limited liability company,<br><br>                                       Plaintiff,<br><br>    v.<br><br>VISA U.S.A. INC., a Delaware corporation, and VISA INTERNATIONAL SERVICE ASSOCIATION, a Delaware Corporation,<br><br>                                       Defendants. | Case No.: C03-05865 SBA<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL AND  ORDER GRANTING DEFENDANTS' REQUEST PURSUANT TO CIVIL L.R. 79-5(B)**<br><br>Judge: Hon. Saundra B. Armstrong<br>Dept.: Courtroom 3, 3rd Floor<br>Date:  December 13, 2005<br>Time: 1:00 p.m. |

Pursuant to Civil Local Rule 79-5(b), Defendants Visa International Service Association and Visa U.S.A. Inc. (collectively "Visa") hereby request to file certain documents under seal:

- Pages 1, 2, 3, 4, 5, 6, 7, 8, 9 and 10 of the Supplemental Brief in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement; ("Visa's Supplemental Brief.");

- Exhibit A to the Declaration of Nishita A. Doshi in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Supplemental Brief for Summary Judgment of Non-Infringement ("Doshi Decl.");

- Exhibit F to the Declaration of Nishita A. Doshi in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Supplemental Brief for Summary Judgment of Non-Infringement.

Visa's Supplemental Brief cites confidential, technical information from Visa and deposition transcript excerpts from the Declaration of Ms. Doshi, Esq.

Doshi Decl., Exhibit A contains confidential excerpts from the Tony D. Lewis Deposition of October 24, 2005. Visa marked this transcript as Confidential - Attorneys' Eyes Only at the deposition. Pursuant to Paragraph 6 of the Stipulated Protective Order of October 4, 2004, this deposition is considered confidential for thirty (30) days.

Doshi Decl., Exhibit F contains confidential, technical information regarding Visa's 3-D Secure Protocol specifications. It was produced and labeled as Confidential.

These documents are properly filed under seal because Visa has designated them as "Confidential Information," pursuant to Paragraphs 1, 5 and 6 of the Stipulated Protective Order entered in this case by Magistrate Judge Joseph C. Spero on October 4, 2004.

Visa submitted "public versions" of Visa's Supplemental Brief and Doshi Decl., Exhibits A and F under seal.

Furthermore, the Court finds that the "public versions" of Visa's Supplemental Brief and Doshi Decl., Exhibits A and F properly exclude only that information which is confidential and

protected from disclosure by the Stipulated Protective Order. Accordingly, the Court finds that good cause exists to file:

- Pages 1, 2, 3, 4, 5, 6, 7, 8, 9 and 10 of the Supplemental Brief in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Motion for Summary Judgment of Non-Infringement;

- Exhibit A to the Declaration of Nishita A. Doshi in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Supplemental Brief for Summary Judgment of Non-Infringement;

- Exhibit F to the Declaration of Nishita A. Doshi in Support of Defendants Visa International Service Association and Visa U.S.A. Inc.'s Supplemental Brief for Summary Judgment of Non-Infringement;

under seal.

IT IS HEREBY ORDERED that the above-listed documents shall be filed under seal.

Dated: February 10, 2006

*Saundra B. Armstrong*
The Honorable Saundra B. Armstrong
United States District Judge
For the Northern District of California